UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Lloyd Thurman, | No. 2:20-cv-0079-KJM-EFB |
| Petitioner, | ORDER |
| v. | |
| Raymond Johnson, Warden, | |
| Respondent. | |

Kenneth Thurman filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254 following his 2013 conviction in California state court. The matter was referred to the assigned Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The Magistrate Judge issued findings and recommendations on May 5, 2020, recommending that the petition be denied on the claim of juror misconduct because relief is unavailable under § 2254(d). ECF No. 18. Mr. Thurman objected to the findings and recommendations on two bases.

First, he objects to the Magistrate Judge's conclusions on his claim of juror misconduct. *See, e.g.*, Objs. at 20–22. This court has reviewed these objections and the remainder of the file de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 304 with respect to the juror misconduct claim. With respect to that claim, the findings and recommendations are supported by the record and by the proper analysis. This court thus adopts the recommendation to dismiss the juror misconduct claim.

1    Second, Mr. Thurman objects that the Magistrate Judge did not address his claim of
ineffective assistance, which he had raised in his "supplemental brief" filed soon before the
respondent's answer.  *See, e.g.*, Objs. at 3–4, ECF No. 19; Suppl. Br., ECF No. 12.  The
Magistrate Judge appears not to have addressed the supplemental brief or Mr. Thurman's claim of
ineffective assistance.

In sum, the findings and recommendations filed May 5, 2020 are adopted to the extent
they recommend dismissal of the juror misconduct claim.  That claim is **dismissed**.  The matter is
referred back to the assigned Magistrate Judge to address Mr. Thurman's argument that he has
advanced an additional claim of ineffective assistance of counsel that should be granted, as
reflected in his supplemental brief and objections.

This order resolves ECF No. 18.

IT IS SO ORDERED.

DATED:  November 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE