UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Lloyd Thurman,<br><br>                    Petitioner,<br><br>      v.<br><br>Raymond Johnson,<br><br>                    Respondent. | No. 2:20-cv-00079-KJM-EFB<br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, moves for reconsideration of this court's September 1, 2021 order adopting the magistrate judge's findings and recommendations. Mot., ECF No. 37. The court denied petitioner's December 21, 2020 "objection to dismissal of juror misconduct claim," *see* ECF No. 26, which this court construed as a motion made under Federal Rule of Civil Procedure 60(b). *See* ECF No. 35. Having considered petitioner's request, the court finds no reason to reconsider its previous order adopting the magistrate judge's recommendation.

A court may relieve a party from an order under Rule 60 of the Federal Rules of Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6). Here, petitioner's sole ground for relief is the same as in his original petition for writ of habeas corpus where he alleges the state trial court did

1

not remove a juror who was overheard making potentially biased comments prior to deliberations. *See generally* Petition, ECF No. 1.  In adopting the magistrate judge's original findings and recommendations addressing this claim, this court accepted the conclusion that "reasonable minds reviewing the record might disagree" and gave deference to the trial court's finding that the juror in question had not pre-judged the case and was not biased.  *See* Order, ECF No. 21; F&Rs (May 5, 2020) at 15, ECF No. 18 (citing *Rice v. Collins*, 546 U.S. 333, 341-42 (2006) and *Marshall v. Lonberger*, 459 U.S. 422, 434 (1983)).  There is no basis for revisiting that conclusion now.  Accordingly, petitioner's motion for reconsideration is denied with prejudice.

    IT IS SO ORDERED.

    This order resolves ECF No. 37.

DATED:  September 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE