UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LLOYD THURMAN, | No. 2:20-cv-00079-DJC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| RAYMOND JOHNSON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The case is currently stayed while petitioner returns to state court to exhaust his ineffective assistance of counsel claims. Petitioner has filed his California Supreme Court petition, bearing a filing date of July 14, 2023. ECF No. 48.

It is hereby ORDERED that, within 30 days of final disposition of the California Supreme Court petition, petitioner shall file in this court a request to lift the stay or other status update.

Dated: September 11, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1