UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LLOYD THURMAN,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND JOHNSON,<br><br>Respondent. | No. 2:20-cv-00079-DJC-EFB (HC)<br><br><br><br>ORDER |

Petitioner proceeds without counsel in this petition for writ of habeas corpus under 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 5, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. Neither party has filed objections.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 5, 2024 (ECF No. 55), are adopted in full;

1

2. Petitioner's motion to voluntarily dismiss his petition (ECF No. 54) is GRANTED;

3. The Clerk of Court is directed to terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated: **October 18, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE